

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

April 29, 2022

**By ECF**

Honorable Andrew L. Carter, Jr
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

      Re:    *Morales v. Comm'r of Soc. Sec.*, No. 20 Civ. 5274 (ALC)

Dear Judge Carter:

      This Office represents Kilolo Kijakazi, the Acting Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff challenges a decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 30-day extension of time for the Commissioner to file her motion for judgment on the pleadings, from today, April 29, 2022, until May 30, 2022. The extension is needed due to the press of business from a number of other deadlines in Social Security cases, which have delayed my preparation of the Commissioner's cross-motion in this case. I apologize for the lateness of this request, but an extension would enable the Commissioner to present full briefing to the Court concerning the issues raised in this case.

      This is the Commissioner's first request for an extension in this case. I attempted to contact the plaintiff, who is appearing *pro se*, on April 28 and April 29, 2022, by telephone at the number listed on the docket, (347) 313-5539, to determine whether she consents to this request for an extension, but I was advised by the person answering this number that this telephone number is no longer associated with the plaintiff.

I thank the Court for its consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

BY:   /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Email: amanda.parsels@usdoj.gov

cc:   Rose Morales (by U.S. Mail)
*Plaintiff* Pro Se

**Application granted. Pro se plaintiff is directed to provide the Court with an updated telephone number. The Clerk of Court is respectfully directed to send this order to pro se plaintiff.**

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

5/2/22